# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELLE TYRONE PLAYER,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ADAMS, et al.,<br><br>　　　　　　Defendants.<br>_____/ | CASE NO. 1:07-cv-01312 OWW DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING DEFENDANT FELDER FROM ACTION WITHOUT PREJUDICE<br><br>(Doc. 39) |

　　　Plaintiff Lavelle Tyrone Player ("Plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　On February 5, 2010, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within twenty days.  Neither party filed a timely Objection to the Findings and Recommendations.

　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 5, 2010, is adopted in full; and

2. Defendant Felder is dismissed from this action without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for Plaintiff's failure to provide sufficient information for the United State Marshal to effect service of process.

IT IS SO ORDERED.

**Dated:   March 22, 2010**                         /s/ Oliver W. Wanger
                                                                    UNITED STATES DISTRICT JUDGE