# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELLE TYRONE PLAYER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN ADAMS, et al.,<br><br>　　　　　Defendants.<br>_____ / | CASE NO. 1:07-CV-01312-OWW-DLB PC<br><br>ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT<br><br>(DOCS. 53, 55)<br><br>RESPONSE DUE WITHIN 30 DAYS |

　　　　Plaintiff Lavelle Tyrone Player ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR").  Plaintiff is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.  This action is proceeding on Plaintiff's second amended complaint against Defendants Campbell, Johnson, Miller, Prulx, Rangel, and Watson.  On October 20, 2010, Defendants filed a motion for summary judgment.  Docs. 53, 55.  As of the date of this order, Plaintiff has not file an opposition.  Accordingly, it is HEREBY ORDERED that Plaintiff is to file an opposition to Defendants' motion within thirty (30) days from the date of service of this order.  Failure to file a timely opposition will result in waiver of any opposition and may result in dismissal of this action for failure to obey a court order.

　　　　IT IS SO ORDERED.

　　　Dated:　**April 26, 2011**　　　　　　　　　　/s/ **Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1