# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAVELLE TYRONE PLAYER,<br><br>             Plaintiff,<br><br>       v.<br><br>WARDEN ADAMS, et al.,<br><br>             Defendants.<br>_____/ | CASE NO. 1:07-CV-01312-OWW-DLB PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT (DOCS. 55 AND 62) |

Plaintiff Lavelle Tyrone Player ("Plaintiff") is a California state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On October 20, 2010, Defendants filed a motion for summary judgment. Doc. 55. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 15, 2011, the Magistrate Judge filed a Findings and Recommendations which was served on the parties and which contained notice to the parties that any objection to the Findings and Recommendations was to be filed within eighteen days. Doc. 62. Neither party filed a timely Objection to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1), this Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendations, filed June 15, 2011, is adopted in full;

2.     Defendants' motion for summary judgment, filed October 20, 2010, is GRANTED;

1      3.      Summary judgment is granted in favor of Defendants Watson, Prulx, Miller, Campbell, and Rangel, and against Plaintiff;

     4.      Defendants Watson, Prulx, Miller, Campbell, and Rangel are dismissed from this action; and

     5.      The matter is referred to the magistrate judge for trial setting proceedings as to Defendant B. Johnson.

IT IS SO ORDERED.

**Dated:**   **July 22, 2011**                /s/ **Oliver W. Wanger**
                                                       UNITED STATES DISTRICT JUDGE