1

2

3

4

5

6

7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

8  LAVELLE TYRONE PLAYER,                    CASE NO. 1:07-CV-01312-LJO-DLB PC

9                        Plaintiff,          ORDER DISMISSING ACTION WITHOUT
                                             PREJUDICE PURSUANT TO PLAINTIFF'S
10        v.                                 ORAL MOTION

11  B. JOHNSON,

12                        Defendant.

13  _____/

14

15        Plaintiff Lavelle Tyrone Player ("Plaintiff") is a prisoner in the custody of the California

16  Department of Corrections and Rehabilitation.  Plaintiff is proceeding pro se in this civil rights

17  action pursuant to 42 U.S.C. § 1983.  This action proceeds on Plaintiff's second amended

18  complaint against Defendant B. Johnson for excessive force in violation of Eighth Amendment.

19        On February 29, 2012, a pretrial telephonic conference was held in this matter.  Plaintiff

20  made an oral motion to dismiss this action, on the record, without prejudice.  Defendant did not

21  oppose the motion.  Pursuant to the motion, it is HEREBY ORDERED that this action is

22  dismissed without prejudice.  The parties are to bear their own costs.

23  IT IS SO ORDERED.

24  **Dated:    February 29, 2012            /s/ Lawrence J. O'Neill**
                                            UNITED STATES DISTRICT JUDGE

25

26

27

28

                                            1